UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KENNETH WEITZEL and MICHELLE WEITZEL,<br><br>Plaintiffs,<br><br>v.<br><br>SHERRY MELANCON and CARLYLE MELANCON,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) No.: 3:19-CV-343-KAC-JEM<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

Pursuant to the accompanying Order Dismissing Action, Plaintiffs' action against Defendants is hereby **DISMISSED** with prejudice under Federal Rule of Civil Procedure 41(b). The Clerk is **DIRECTED** to close the case.

**SO ORDERED**.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT